THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESSIE B. JACKSON, III, Appellant. [885 NYS2d 701]—Appeal from an order of the Orleans County Court (Matthew J. Murphy, A.J.), entered May 2, 2008. The order determined that defendant is a level two risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at County Court. Present—Martoche, J.P., Centra, Fahey, Peradotto and Green, JJ.